FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 04 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     )     No. 4:25CR CCO31 JM
                             )
vs.                          )     18 U.S.C. §111(a)(1)&(b)
                             )
WESLEY POWERS                )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

On or about October 7, 2024, in the Eastern District of Arkansas, the defendant,

WESLEY POWERS,

voluntarily and intentionally forcibly assaulted, impeded, intimidated, and interfered with a person

designated in Title 18, United States Code, Section 114, that is, an employee of the United States

Postal Service, J.M., while such person was engaged in and on account of the performance of

official duties and the assault resulted in bodily injury, in violation of Title 18, United States Code,

Section 111(a)(1) and (b).

[End of Text.  Signature page attached.]

U.S. v. WESLEY POWERS Page 1 of 2

☐    NO TRUE BILL.                    ☑    TRUE BILL.

## REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By JORDAN C. CREWS
AR Bar Number 2007299
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: jordan.crews@usdoj.gov