IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                          CASE NO. 4:25-cr-00031-JM-1

WESLEY POWERS                                                               DEFENDANT

## **ORDER**

The Clerk of the Court is directed to unseal the Indictment in this case.

SO ORDERED this 12th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE